**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew D. James<br>&<br>Diana O. James<br>         <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 11-27696 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Citibank, N.A., as trustee for CMLTI Asset Trust and index same on the master mailing list.

           Respectfully submitted,

           **/s/ James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           jwarmbrodt@kmllawgroup.com
           Attorney I.D. No. 42524
           Thomas Puleo, Esquire
           tpuleo@kmllawgroup.com
           Attorney I.D. No. 27615
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           Phone: (215)-627-1322
           Attorney for Movant/Applicant