IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 11-27696 CMB |
| Andrew D. James and Diana O. James, | | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| Andrew D. James and Diana O. James, | | |
|     Movants | : | |
| | : | |
|     v. | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | | |
|     Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 6, 2017, at docket number 11-27696, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 6, 2017       By:       /s/Jennifer Lynch Jackson, Esquire
_____
Signature
Jennifer Lynch Jackson, Esquire
1809 West Street
Munhall, PA  15120
jljbankruptcy@aol.com
(412) 462-2506
Pa. Id. No. 92274

**PAWB Local Form 24 (07/13)**