# PROCEEDING MEMO

Date: 06/07/2017 10:00 am

In re: Andrew D. James and Diana O. James

Bankruptcy No. 11-27696-CMB
Chapter: 13
Doc. # 91

Appearances:

Movant(s):   Winnecour / Bedford / Pail / Katz

Respondent(s):   Jennifer Lynch Jackson

Creditor(s):

Nature of Proceeding:    #91 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed.

Additional Pleadings:    #93, 94 BNC Certificate of Mailing
            Note: ~~NB~~ Certificate of Financial Mangement; No Certification of Discharge Eligibility (*filed 6/6/2017*)

Judge's Notes:

Outcome:

✓ Motion is GRANTED  ✓ Order Entered

____ Motion is DENIED____Order entered

____ Motion WITHDRAWN

____ Motion is DISMISSED____Order entered

____ Reschedule for Proper Service

____ Case DISMISSED____Order entered

____ Parties to submit Order/Settlement/Stipulation by____days

____ CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ ISSUE EVIDENTIARY HEARING NOTCE

____ Discovery time needed____days

____ Briefs to be filed:    Movant(s) brief due____days
            Respondent(s) brief due____days
            Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
6/8/17 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA