**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANDREW D. JAMES
    DIANA O. JAMES
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:11-27696

Chapter 13
Related to:
Document No.:   91

ORDER OF COURT

AND NOW, this ___7th___ day of ___June___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT,

_____
U.S. BANKRUPTCY JUDGE

FILED
6/8/17 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-27696-CMB
Andrew D. James                                                           Chapter 13
Diana O. James
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                  Page 1 of 2             Date Rcvd: Jun 08, 2017
                              Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db/jdb         +Andrew D. James,    Diana O. James,    2 PATTON DRIVE,    Pittsburgh, PA 15241-1359
cr             +Brentwood Borough,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Brentwood Borough School District,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Fay Servicing, LLC,    Bankruptcy Department,    939 W North Ave.,    Suite 680,
                 Chicago, IL 60642-1231
cr             +HSBC MORTGAGE SERVICES, INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +HSBC Mortgage Services, Inc.,    c/o Stern and Eisenberg, LLP,    261 Old York Road,    Suite 410,
                 Jenkintown, PA 19046-3722
cr             +Township of Upper St. Clair,    c/o Derek K. Koget, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Upper St. Clair School District,    c/o Derek K. Koget, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13263612       +ALCOSE CREDIT UNION,    3025 JACKS RUN ROAD,    McKeesport, PA 15131-2549
13263613      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court:  Columbia Gas of Ohio Inc,    200 Civic Center Dr 11th Fl,
                 Columbus OH 43215)
13263615       +FIFTH THIRD BANK,    PO BOX 2306,    Cincinnati, OH 45201-2306
14313544       +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
                 Chicago, Illinois 60642-1231
13271525       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
13263616       +HSBC MORTGAGE SERVICE,    CUSTOMER SUPPORT UNIT,    PO BOX 551170,    Jacksonville, FL 32255-1170
13371648       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13967415       +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13330968       +PNC Bank, National Association,    c/o Scott A. Dietterick, Esq,
                 Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street,    Mountainside, NJ 07092-2315
13263617       +QUEST DIAGNOSTICS,    3500 FIFTH AVENUE,    Pittsburgh, PA 15213-3324
13263618        SELECT PORTFOLIO SERVICE, INC.,    PO BOX 65250,    Salt Lake City, UT 84165-0250
13356714       +Upper St. Clair School District,    & Upper St. Clair Township,    c/o Derek K. Koget, Esquire,
                 Tucker Arensberg, PC,    1500 One PPG Place,    Pittsburgh, PA 15222-5413
13263619       +ZUCKER, GOLDBER & ACKERMAN, LLC,    200 SHEFFIELD STREET,    SUITE 101,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2017 00:34:33
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13263614       +E-mail/Text: mrdiscen@discover.com Jun 09 2017 00:42:10     DISCOVER FINANCIAL SVCS LLC,
                 PO BOX 15316,    Wilmington, DE 19850-5316
13271090        E-mail/Text: mrdiscen@discover.com Jun 09 2017 00:42:10     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13271703        E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2017 00:34:33
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A., as Trustee for CMLTI Asset Trust
cr              Citibank, N.A., as trustee for CMLTI Asset Trust
cr              Duquesne Light Company
cr              Fifth Third Bank
cr              PNC Bank, National Association
cr*            +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                                               TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Jun 08, 2017
                              Form ID: pdf900         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:

```
              Brian E. Caine    on behalf of Creditor    Fifth Third Bank bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Celine P. DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Derek K. Koget    on behalf of Creditor    Township of Upper St. Clair dkoget@tuckerlaw.com,
               cnoroski@grblaw.com
              Derek K. Koget    on behalf of Creditor    Upper St. Clair School District dkoget@tuckerlaw.com,
               cnoroski@grblaw.com
              James    Warmbrodt    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Citibank, N.A., as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              Jennifer Lynch Jackson    on behalf of Joint Debtor Diana O. James jljbankruptcy@aol.com,
               lawoffice809@aol.com
              Jennifer Lynch Jackson    on behalf of Debtor Andrew D. James jljbankruptcy@aol.com,
               lawoffice809@aol.com
              Leslie J. Rase, Esq.    on behalf of Creditor    HSBC Mortgage Services, Inc.
               lrase@sterneisenberg.com,   ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough mmazack@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Brentwood Borough School District
               mmazack@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert W. Cusick    on behalf of Creditor    LSF9 Master Participation Trust RCusick@squirelaw.com,
               lcolwell@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    PNC Bank, National Association sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Steven K. Eisenberg    on behalf of Creditor    HSBC Mortgage Services, Inc.
               seisenberg@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 19
```